# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

**IN RE: SUBPOENA TO MNE SERVICES, INC.**

## MOTION OF MNE SERVICES, INC., A MIAMI TRIBAL CORPORATION, TO QUASH SUBPOENA

Comes now, MNE Services, Inc. a Miami Tribal Corporation, wholly owned by the Miami Nation Enterprises, Inc., the Miami tribe's wholly owned and tribally created economic development corporation, and by this Motion move pursuant to Fed. R. Civ. P 45(a) (3)(A) request this court to enter its order quashing, on the grounds of tribal sovereign immunity, the subpoena attached hereto as Exhibit 1, as explained in the accompanying brief in support.

Respectfully Submitted,
 *s/Graydon Dean Luthey, Jr*
Graydon Dean Luthey, Jr., OBA No. 5568
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK  74103
(918) 595-4800
(918) 595-4990 (fax)
ATTORNEYS FOR MNE SERVICES, INC.

{1433789;}

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2015, I filed the attached document with the Clerk of the Court. Based on the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

I hereby certify that on this 18th day of September, 2015, I served the attached document by U.S. Mail, postage prepaid, on the following, who are not registered participants of the ECF System:

>F. Hill Allen, Esq.
>Tharrington Smith, LLP
>P.O. Box 1151
>Raleigh, NC 27602

*s/Graydon Dean Luthey, Jr.*

{1433789;}